**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.   4:24-CR-265 AGF/RHH |
| | ) |
| **DEVANTE COFFIE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A (c) and, the Criminal Justice Act Plan for the Eastern District of Missouri, IV, B, the Federal Public Defender for this District is hereby appointed to represent the above-named defendant for:

☑  The initial appearance only.

☑  All further proceedings in this case.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of June, 2024